UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *et al. ex rel.* PETER BRAVERMAN,<br><br>      Plaintiffs,<br><br>      v.<br><br>NEW YORK CANCER AND BLOOD SPECIALISTS, ROBERT HENDLER,<br><br>      Defendants. | 24 Civ. 2708 (VSB)<br><br>**FILED UNDER SEAL** |

## <u>ORDER</u>

The United States of America (the "United States") and the State of New York, having now declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and pursuant to N.Y. State Fin. Law § 190(2)(f), with respect to the claims raised in the above-captioned *qui tam* action;

IT IS HEREBY ORDERED THAT:

1.     The complaint shall be unsealed thirty days after entry of this Order and, if the relator has not moved to dismiss the action, service upon the defendants by the relator is authorized as of that date.  If the relator voluntarily dismisses the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty-day period, the relator may seek to modify this Order with the consent of the United States and the State of New York, or by motion on notice to the United States and the State of New York.

2.     The United States' Notice of Election to Decline Intervention and the State of New York's Notice of Election to Decline Intervention (together, the "Notices of Election to Decline Intervention") shall be served by the relator upon defendants only after service of the complaint.

3.      All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for, thirty days after entry of this Order, relator's *qui tam* complaint, this Order, and the Notices of Election to Decline Intervention.

4.      Upon the unsealing of the complaint, the seal shall be lifted as to all other matters occurring in this action subsequent to the entry of this Order.

5.      The parties shall serve all pleadings, motions, and notices of appeal filed in this action, including supporting memoranda and materials, upon the United States and the State of New York.  The United States and the State of New York may order any deposition transcripts. The United States and the State of New York may seek to intervene in this action, for good cause, at any time, or may seek dismissal of this action after intervention.

6.      All further orders of this Court in this matter shall be sent to the United States and the State of New York by the relator.

7.      Should the relator propose that this action or of his allegations be dismissed, settled, or otherwise discontinued, or that any defendant be dismissed from the case, the relator must solicit the written consent of the United States and the State of New York before applying for Court approval.

Dated:  December 22, 2025

SO ORDERED:

HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

2